Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Michael R. Williams, State Bar No. 192222
mwilliams@bmkattorneys.com
Ali Matin, State Bar No. 268452
amatin@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700/Facsimile (949) 369-3701

Attorneys for Plaintiff
AARON M. ROSENBERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON M. ROSENBERG, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>REDFLEX TRAFFIC SYSTEMS, INC., an Arizona Corporation; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California Corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware Corporation; REDFLEX HOLDINGS LIMITED, an Australian form of entity unknown; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No.14-cv-003420 GW (RZx)<br><br>**DECLARATION OF MICHAEL R. WILLIAMS IN SUPPORT OF PLAINTIFF AARON M. ROSENBERG'S (1) OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, STAY, OR IN THE ALTERNATIVE TRANSFER; (2) REQUEST FOR REMAND; AND (3) REQUEST FOR ATTORNEYS' FEES**<br><br>[Opposition and Declaration of Aaron M. Rosenberg filed concurrently]<br><br>**<u>Hearing</u>**:<br><br>Date:    June 19, 2014<br>Time:    8:30 a.m.<br>Crtm:    10<br>Judge:   Hon. George H. Wu |

Declaration of Michael R. Williams

## DECLARATION OF MICHAEL R. WILLIAMS

I, Michael R. Williams, declare as follows:

1. I am a partner at the law firm of Bienert, Miller & Katzman PLC ("Firm"), attorneys for Plaintiff Aaron M. Rosenberg. I am a member in good standing with the State Bar of California and am admitted to practice in the Central District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. All terms not specifically defined in the Declaration shall have the meaning ascribed to them in the concurrently filed Opposition.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of correspondence that I received by email from Defendants' counsel on May 2, 2014.

3. Attached as Exhibit 2 to this Declaration is a true and correct copy of an email that I sent to Defendants' counsel on May 8, 2014 and two Redflex CA contracts that were attached to that email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2014, at San Clemente, California.

*/s/ Michael R. Williams /s/*
Michael R. Williams

1
Declaration of Michael R. Williams

# **CERTIFICATE OF SERVICE**

I, Coleen Grogan, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: DECLARATION OF MICHAEL R. WILLIAMS on the interested parties as follows:

**X     BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

| | |
|---|---|
| John P. LeCrone<br>johnlecrone@dwt.com | Jonathan L. Segal<br>jonathansegal@dwt.com |
| Evelyn F. Wang<br>evelynwang@dwt.com | |

This certificate was executed on May 29, 2014, at San Clemente, California.

I certify under penalty of perjury that the foregoing is true and correct.

                                          */s/ Coleen Grogan /s/*
                                              Coleen Grogan

125553-1