1  Thomas H. Bienert, Jr., State Bar No. 135311
   tbienert@bmkattorneys.com
2  Michael R. Williams, State Bar No. 192222
   mwilliams@bmkattorneys.com
3  Ali Matin, State Bar No. 268452
   amatin@bmkattorneys.com
4  BIENERT, MILLER & KATZMAN, PLC
5  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
6  Telephone (949) 369-3700/Facsimile (949) 369-3701
7
   Attorneys for Plaintiff
8  AARON M. ROSENBERG

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA

| AARON M. ROSENBERG, an individual, | Case No.14-cv-003420 GW (RZx) |
|---|---|
| Plaintiff, | **DECLARATION OF AARON M. ROSENBERG IN SUPPORT OF PLAINTIFF AARON M. ROSENBERG'S (1) OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, STAY, OR IN THE ALTERNATIVE TRANSFER; (2) REQUEST FOR REMAND; AND (3) REQUEST FOR ATTORNEYS' FEES** |
| v. | |
| REDFLEX TRAFFIC SYSTEMS, INC., an Arizona Corporation; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California Corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware Corporation; REDFLEX HOLDINGS LIMITED, an Australian form of entity unknown; and DOES 1 through 25, inclusive, | [Opposition and Declaration of Michael R. Williams filed concurrently] |
| | **Hearing**: |
| Defendants. | Date:   June 19, 2014<br>Time:   8:30 a.m.<br>Crtm:   10<br>Judge:  Hon. George H. Wu |

Declaration of Aaron M. Rosenberg

## DECLARATION OF AARON M. ROSENBERG

I, Aaron M. Rosenberg, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. All terms not specifically defined in this Declaration shall have the meaning ascribed to them in the concurrently-filed Opposition.

2. During my tenure with Redflex, I primarily worked out of offices located at 6047 Bristol Parkway, First Floor, Culver City, California 90230 (the "Culver City Offices"). It is my understanding that, during my time with Redflex, Redflex CA was headquartered in the Culver City Offices.

3. Attached to my Declaration are true and correct copies of the following contracts that I executed on behalf of Redflex CA:

   a. the El Cajon Contract at Exhibit 1;
   b. the Marysville Contract at Exhibit 2;
   c. the Marysville Amendment at Exhibit 3;
   d. the Gardena Contract at Exhibit 4;
   e. the Moreno Valley Contract at Exhibit 5;
   f. the Redding Amendment at Exhibit 6;
   g. the Modesto Amendment at Exhibit 7; and
   h. the Bakersfield Amendment at Exhibit 8.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29 2014, at 8:10 am.

Aaron M. Rosenberg

# **CERTIFICATE OF SERVICE**

I, Coleen Grogan, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: DECLARATION OF AARON M. ROSENBERG on the interested parties as follows:

**X   BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

| | |
|---|---|
| John P. LeCrone<br>johnlecrone@dwt.com | Jonathan L. Segal<br>jonathansegal@dwt.com |
| Evelyn F. Wang<br>evelynwang@dwt.com | |

This certificate was executed on May 29, 2014, at San Clemente, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Coleen Grogan /s/*
Coleen Grogan