1 | JOHN P. LeCRONE (State Bar No. 115875)
    johnlecrone@dwt.com
2 | JONATHAN L. SEGAL (State Bar No. 264238)
    jonathansegal@dwt.com
3 | EVELYN F. WANG (State Bar No. 273622)
    evelynwang@dwt.com
4 | DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
5 | Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
6 | Fax:  (213) 633-6899

7 | Attorneys for Defendants
REDFLEX TRAFFIC SYSTEMS, INC. and
8 | REDFLEX TRAFFIC SYSTEMS
(CALIFORNIA), INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON M. ROSENBERG, an individual, | ) Case No. **CV 14-3420-GW(RZx)** |
| | ) |
| Plaintiff, | ) **ORDER TO CONTINUE INITIAL** |
| | ) **SCHEDULING CONFERENCE** |
| vs. | ) |
| | ) |
| REDFLEX TRAFFIC SYSTEMS, INC., an Arizona corporation; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation; REDFLEX HOLDINGS LIMITED, an Australian form of entity unknown; and DOES 1 through 25, inclusive, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

[PROPOSED] ORDER
DWT 24190359v1 0090234-000018

1    After reviewing the Stipulation of the Parties, and good cause appearing, the

2  Court CONTINUES the time for the initial scheduling conference, currently set for

3  June 19, 2014, at 8:30 a.m., and all related deadlines until such time as the Court

4  deems fit.

5

6    IT IS SO ORDERED.

7

8  DATED:  June 5, 2014

9                                        By:

10                                           Hon. George H. Wu
                                             United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
DWT 24190359v1 0090234-000018

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899