JOHN P. LeCRONE (State Bar No. 115875)
 johnlecrone@dwt.com
JONATHAN L. SEGAL (State Bar No. 264238)
 jonathansegal@dwt.com
EVELYN F. WANG (State Bar No. 273622)
 evelynwang@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
REDFLEX TRAFFIC SYSTEMS, INC., and
REDFLEX TRAFFIC SYSTEMS
(CALIFORNIA), INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON M. ROSENBERG, an individual, | ) Case No. CV 14-3420-GW (RZx) |
| Plaintiff, | ) **DECLARATION OF JENNIFER DWIGGINS IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO REMAND** |
| vs. | ) |
| REDFLEX TRAFFIC SYSTEMS, INC., an Arizona corporation; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation; REDFLEX HOLDINGS LIMITED, an Australian form of entity unknown; and DOES 1 through 25, inclusive, | ) |

## DECLARATION OF JENNIFER DWIGGINS

I, Jennifer Dwiggins, declare and state as follows:

1.      I am and have been an employee of Redflex Traffic Systems, Inc. ("Redflex DE") since December 2003.  I currently am the Vice President of Operations for Redflex DE and have held that position since November 2008. Before becoming Vice President of Operations, I served as the Director of Operations for Redflex DE from December 2005 to November 2008, and prior to that as the Senior Operations Manager for Redflex DE.  I have personal knowledge of the facts set forth in this declaration.

2.      I submit this declaration in support of defendants Redflex DE and Redflex Traffic Systems (California), Inc.'s ("Redflex CA") Supplemental Brief in Opposition to Plaintiff's Request to Remand in *Aaron M. Rosenberg v. Redflex Traffic Systems, Inc. et al.*, Case No. 14-cv-03420, in the United States District Court for the Central District of California.

3.      As the Vice President of Operations for Redflex DE, I am responsible for overseeing and have personal knowledge of the business operations of Redflex DE and its subsidiaries, including Redflex CA, and the operating budget of Redflex DE.  As Vice President of Operations, I am also familiar with and have personal knowledge of the corporate and organizational structure  of Redflex DE and Redflex CA.  Additionally, I am familiar with and have personal knowledge of Plaintiff Aaron Rosenberg's ("Plaintiff") job duties and responsibilities as a former employee of Redflex DE.

4.      Redflex CA is a wholly owned subsidiary of Redflex DE, with an office in Culver City, California.  Redflex CA has no employees, no payroll, and never has had any employees.  All actions of Redflex CA are undertaken by Redflex DE employees under the supervision of Redflex DE employees.

DECLARATION OF JENNIFER DWIGGINS
DWT 24347149v3 0090234-000018

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

5.      Several contracts with Redflex DE California customers are in the name of Redflex CA rather than Redflex DE.  All work under such contracts is provided by Redflex DE employees and supervised by Redflex DE managers.

6.      Redflex DE employed Plaintiff between March 4, 2002 and February 20, 2013.  From 2002 to 2011, Redflex DE promoted Plaintiff to various job positions within Redflex DE, and entered into a series of written employment agreements with, and executed by, Plaintiff.  Plaintiff's employment agreements identified Plaintiff's employer solely as Redflex DE.  Plaintiff had no employment agreement with Redflex CA.

7.      At no time did Redflex CA employ Plaintiff, and Plaintiff never had an employment agreement with Redflex CA.  As Redflex CA has never had any employees, Plaintiff never reported to or was supervised by an employee of Redflex CA.  Certain Redflex DE employees on occasion work out of Redflex CA's Culver City office. During his employment with Redflex DE, Plaintiff had office space in both Redflex DE's Phoenix office and Redflex CA's Culver City office.  Redflex DE employees that used the Culver City office, including Plaintiff, served Redflex DE clients both inside and outside of California.

8.      As an officer of Redflex DE, Plaintiff signed several contracts on behalf of Redflex CA.  He signed these contracts solely at the direction of Redflex DE and only as an officer of Redflex DE.  Plaintiff was never an officer of Redflex CA and never held a title with Redflex CA.  Plaintiff's performance was evaluated based solely on the performance of Redflex DE and solely for his work for that entity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 25 , 2014 at Phoenix, AZ                          .

Jennifer R. Dwiggins
Jennifer Dwiggins

DECLARATION OF JENNIFER DWIGGINS
DWT 24347149v3 0090234-000018

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566