# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3420-GW (RZx) | Date | July 28, 2014 |
|---|---|---|---|
| Title | Aaron M. Rosenberg v. Redflex Traffic Systems, Inc., et al., | | |

Present: The Honorable  Stephen J. Hillman

| Sandra Butler | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**       (IN CHAMBERS)

   Defendants' Ex Parte Application for Protective Order, and the Opposition thereto, have been considered. The Application is DENIED. This court does not read Judge Wu's July 7, 2014 Order as precluding targeted depositions.

   If Defendants designate two Rule 30(b)(6) witnesses, each deposition shall not exceed four hours. If only one witness is designated, the deposition shall not exceed seven hours. Deposition(s) shall be completed no later than August 15, 2014.

cc:   **Chief District Judge Wu**
      **Counsel of Record***
      ***the term "counsel" as used herein also includes any pro se party.**
      **See Local Rule 2.9.3.**

                                                                            :
                                    Initials of Preparer