| | |
|---|---|
| 1 | JOHN P. LeCRONE (State Bar No. 115875) |
|   | johnlecrone@dwt.com |
| 2 | JONATHAN L. SEGAL (State Bar No. 264238) |
|   | jonathansegal@dwt.com |
| 3 | EVELYN F. WANG (State Bar No. 273622) |
|   | evelynwang@dwt.com |
| 4 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 5 | Los Angeles, California  90017-2566 |
|   | Telephone:  (213) 633-6800 |
| 6 | Fax:  (213) 633-6899 |

Attorneys for Defendants
REDFLEX TRAFFIC SYSTEMS, INC. and
REDFLEX TRAFFIC SYSTEMS
(CALIFORNIA), INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON M. ROSENBERG, an individual, | Case No. **2:14−cv−03420 GW (RZx)** |
| Plaintiff, | **STIPULATION TO REMAND CASE TO STATE COURT** |
| vs. | |
| REDFLEX TRAFFIC SYSTEMS, INC., an Arizona corporation; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation; REDFLEX HOLDINGS LIMITED, an Australian form of entity unknown; and DOES 1 through 25, inclusive, | Before the Honorable George H. Wu Courtroom 10 |
| | State Action Filed:  February 19, 2014 |
| | Action Removed:  May 2, 2014 |
| Defendants. | |

Plaintiff Aaron M. Rosenberg ("Plaintiff"), on the one hand, and defendants Redflex Traffic Systems, Inc. and Redflex Traffic Systems (California), Inc. (collectively "Defendants"), on the other hand, agree and stipulate as follows:

WHEREAS, Plaintiff commenced this action in the Superior Court of the State of California, County of Los Angeles, Civil Case No. BC536891, on or about February 19, 2014;

WHEREAS, Defendants removed this action to this District Court on May 2, 2014 (Docket No. 1) and filed a Motion to Dismiss, Stay, or in the Alternative, Transfer, on May 9, 2014 (Docket No. 12);

WHEREAS, Plaintiff filed his Opposition to Defendants' Motion to Dismiss, Stay, or in the Alternative, Transfer and Request for Remand on May 29, 2014 (Docket No. 15);

WHEREAS, pursuant to the Court's most recent July 7, 2014 Order, the Parties have commenced limited discovery regarding certain federal jurisdictional issues identified in the Court's Order and anticipate further discovery on such issues;

WHEREAS, neither Party concedes the jurisdictional issues briefed and argued thus far or the merits of any claim, argument, or defense asserted in this action, and the Parties desire to save the time and expense of conducting further discovery on federal jurisdictional issues that do not pertain to the merits of the action;

WHEREAS, the Parties agree that this action be remanded to, and proceed in, the Superior Court of Los Angeles, with each Party to bear its own attorneys' fees and costs incurred while this case was pending in this District Court, including fees and costs related to removal proceedings, Defendants' Motion to Dismiss, Transfer or Stay, or Plaintiff's Request to Remand, and any related discovery practice in this District Court;

WHEREAS, the Parties further agree that all outstanding jurisdictional discovery and issues related to removal before this Court will become moot, and

1
STIPULATION TO REMAND CASE TO STATE COURT
DWT 24548913v6 0090234-000018

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

reserve all rights to assert any claim, argument, or defense unrelated to federal subject matter jurisdiction in state court;

THEREFORE, THE PARTIES AGREE AND STIPULATE, and respectfully request that this Court enter the following Order:

(1) Remanding this action to the Superior Court of the State of California, County of Los Angeles, Case No. BC536891;

(2) Each party to bear its own attorneys' fees and costs related to the actions taken thus far in this District Court;

(3) Each party reserves its right to file any pleading and assert any, claim, argument, or defense upon return to state court.

DATED: July 31, 2014

DAVIS WRIGHT TREMAINE LLP
JOHN P. LeCRONE
JONATHAN L. SEGAL
EVELYN F. WANG

By: _____
John P. LeCrone

Attorneys for Defendants
REDFLEX TRAFFIC SYSTEMS, INC.
and REDFLEX TRAFFIC SYSTEMS
(CALIFORNIA), INC.

DATED: July 31, 2014

BIENERT, MILLER & KATZMAN, PLC
THOMAS H. BIENERT
MICHAEL R. WILLIAMS
ALI MATIN

By: _____
Michael R. Williams

Attorneys for Plaintiff
AARON M. ROSENBERG

2
STIPULATION TO REMAND CASE TO STATE COURT
DWT 24548913v5 0090234-000018

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899