JS-6

| | |
|---|---|
| 1 | JOHN P. LeCRONE (State Bar No. 115875) |
|   | johnlecrone@dwt.com |
| 2 | JONATHAN L. SEGAL (State Bar No. 264238) |
|   | jonathansegal@dwt.com |
| 3 | EVELYN F. WANG (State Bar No. 273622) |
|   | evelynwang@dwt.com |
| 4 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 5 | Los Angeles, California 90017-2566 |
|   | Telephone: (213) 633-6800 |
| 6 | Fax: (213) 633-6899 |
| 7 | Attorneys for Defendants |
|   | REDFLEX TRAFFIC SYSTEMS, INC., and |
| 8 | REDFLEX TRAFFIC SYSTEMS |
|   | (CALIFORNIA), INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON M. ROSENBERG, an individual, | Case No. CV **14−3420-GW(RZx)** |
| Plaintiff, | **ORDER TO REMAND ACTION TO STATE COURT** |
| vs. | |
| REDFLEX TRAFFIC SYSTEMS, INC., an Arizona corporation; REDFLEX TRAFFIC SYSTEMS (CALIFORNIA), INC., a California corporation; REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation; REDFLEX HOLDINGS LIMITED, an Australian form of entity unknown; and DOES 1 through 25, inclusive, | Before the Honorable George H. Wu Courtroom 10 |
| | State Action Filed: February 19, 2014 |
| | Action Removed: May 2, 2014 |
| Defendants. | |

[PROPOSED] ORDER
DWT 24548920v2 0090234-000018

After reviewing the Stipulation of the Parties, and good cause appearing, the Court hereby ORDERS that:

(1) This action is remanded to the Superior Court of the State of California, County of Los Angeles, Case No. BC536891, for all further proceedings;

(2) Each party to bear its own attorneys' fees and costs related to the actions taken thus far in this District Court;

(3) Each party reserves its right to file any pleading and assert any claim, argument, or defense upon return to state court.

IT IS SO ORDERED.

DATED:  August 1, 2014

By: _____
Hon. George H. Wu
United States District Judge

1

[PROPOSED] ORDER
DWT 24548920v2 0090234-000018

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899